# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00024-01-CR-W-HFS |
| | ) | |
| NICHE E. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 26, 2023, the Grand Jury returned an eight-count Indictment charging Defendant Niche E. Taylor with five counts of wire fraud (Counts One through Five), one count of theft of Government money (Count Six), one count of Social Security Fraud (Count Seven), and one count of bankruptcy fraud (Count Eight). The Indictment also contains a criminal forfeiture allegation.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Brent Venneman and Kate Mahoney
        Case Agent: Special Agent Manuel Muniz, Social Security Administration, OIG
    Defense: Chelsea Wilson and Marc Ermine
        Investigator: Gina Slack

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 5-6 with stipulations; 14 without stipulations
    Defendant: 2 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 50 exhibits
    Defendant: approximately 30 or fewer exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
    Government's case including jury selection: 2½ day(s)
    Defendant: 1/2 day(s)

**STIPULATIONS**: The parties have agreed to a stipulation regarding business records. The parties are in discussion regarding stipulation as to interstate wire transfers.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before September 12, 2023.**
        Defendant: None filed. **Due on or before September 12, 2023**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before September 20, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 20, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for September 25, 2023.

    **Please note:** The Government requests the second week of the docket as he is relatively new to the case. Defense has no objection but would request to start on Monday due to the availability of the defense investigator.

    **IT IS SO ORDERED.**


                                   */s/ Lajuana M. Counts*
                                   LAJUANA M. COUNTS
                                   UNITED STATES MAGISTRATE JUDGE