IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00024-CR-W-HFS |
| ) | |
| NICHE E. TAYLOR ) | |
| ) | |
| Defendant. ) | |

ORDER

On September 20, 2023, defendant executed a consent to entry of a felony guilty plea (Doc. 41), and on the same day, defendant entered a plea of guilty to Count 6 of the indictment charging defendant with theft of government money in violation of 18 U.S.C. § 641. (Doc. 42).

Magistrate Judge W. Brian Gaddy conducted a hearing, and in a Report and Recommendation ("R&R") dated September 20, 2023, Judge Gaddy determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense. (Doc. 43).

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 43) and ACCEPT

defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

    SO ORDERED.

                                                                */s/ Howard F. Sachs*
                                                    HOWARD F. SACHS
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 18, 2023
Kansas City, Missouri